IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02465-GPG

JENNIFER DIXON,

    Plaintiff,

v.

GARR INVESTMENTS, INC., and
LINDA BUCKLEY,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Jennifer Dixon, initiated this action by filing *pro se* a Complaint (ECF No. 1). On November 12, 2015, Magistrate Judge Gordon P. Gallagher ordered Ms. Dixon to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Gallagher provided specific instructions to Ms. Dixon regarding the pleading requirements of Rule 8 and he advised Ms. Dixon that the action would be dismissed without further notice if she failed to file an amended complaint within thirty days.

    Ms. Dixon has failed to file an amended complaint within the time allowed and she has not responded in any way to Magistrate Judge Gallagher's November 12 order in this action. Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with the Federal Rules of Civil Procedure and a court order. The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of

appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).   If Plaintiff files a notice of appeal she also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Ms. Dixon failed to prosecute and comply with the Federal Rules of Civil Procedure and a court order.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   18th   day of   December  , 2015.

BY THE COURT:

    s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court